

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00374-CR

---

SERGIO HERRADA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 460th District Court
Travis County, Texas
Trial Court No. D-1-DC-19-301517, Honorable Selena Alvarenga, Presiding

---

January 25, 2023

## ORDER OF ABATEMENT AND REMAND

### Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Sergio Herrada, appeals his conviction for murder[1] and sentence to fifty years' confinement.[2]  Now pending before this Court is the motion to withdraw of Appellant's appointed counsel, Edmund M. Davis, requesting that we allow Christopher M. Perri to substitute as counsel.

---

[1] *See* TEX. PENAL CODE ANN. § 19.02(c).

[2] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Because the trial court has responsibility for appointing counsel to represent indigent defendants in criminal cases as well as the authority to relieve or replace appointed counsel, we abate the appeal and remand the cause to the trial court to rule on counsel's motion to withdraw. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2); *Enriquez v. State*, 999 S.W.2d 906, 907–08 (Tex. App.—Waco 1999, order). Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether to grant Appellant's counsel's motion to withdraw; and (3) if the motion to withdraw is granted, whether Appellant is indigent and entitled to appointment of new counsel. *See* TEX. CODE CRIM PROC. ANN. arts. 1.051(d), 26.04(j)(2).

If the trial court grants the motion to withdraw and appoints Appellant new counsel; the name, address, email address, phone number, and State Bar number of any newly appointed counsel shall be included in the court's findings. The trial court may also enter such orders necessary to address the aforementioned questions. The trial court's findings and any orders issued shall be included in a supplemental clerk's record to be filed with this Court by February 24, 2023.

It is so ordered.

Per Curiam